UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AXZAVIER SINCERE HUDGINS,<br><br>  Defendant. | Case No. 24-20196 |

**ORDER DENYING DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER [20]**

Axzavier Hudgins has been indicted on one count of illegal possession of a machine gun. (ECF No. 16.) Following a detention hearing on April 11, 2024, and consistent with the recommendation of pretrial services, the magistrate judge ordered Hudgins detained. (ECF No. 15.) Presently before the Court is Hudgins' motion to revoke that detention order. (ECF No. 20). The government opposes the request (ECF No. 23) and the Court conducted a hearing under 18 U.S.C. § 3145(a)(1) on June 14, 2024.

For the reasons stated more fully on the record in the Court's oral ruling, the defendant's motion is DENIED and the detention order previously entered remains in place.

IT IS SO ORDERED.

Dated: June 17, 2024

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE